UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

In Re:
HARRY S. EBERHART,
    Debtor - Bky. Case No. 95-31694

HARRY EBERHART

    v.                                     3:02CV1848 WWE

FIRST AMERICAN TITLE INSURANCE COMPANY

## JUDGMENT

This matter came on for consideration on a bankruptcy appeal of Findings of Fact and Conclusions of Law on the Complaint to Determine Dischargeability of Debt of the U.S. Bankruptcy Court, Honorable Albert S. Dabrowski, United States Bankruptcy Judge, by the Honorable Warren W. Eginton, Senior United States District Judge,

The Court has reviewed all of the papers filed in conjunction with the bankruptcy appeal and on October 27, 2003, entered a Ruling on Appeal from U.S. Bankruptcy Court affirming the decision of the Bankruptcy Judge (Dabrowski, J.) entered in favor of the defendant-appellee First American Title Insurance.

It is therefore ORDERED and ADJUDGED that the decision of the U.S. Bankruptcy Court is affirmed and the case is closed.

Dated at Bridgeport, Connecticut, this 2rd day of November, 2003.


                                        KEVIN F. ROWE, Clerk

                                      By_____
                                           Deputy-in-Charge

Entered on Docket: _____