FORM 1

UNITED STATES DISTRICT COURT     FILED

IN RE HARRY S. EBERHART DISTRICT OF CONNECTICUT     2003 NOV 12 A 11: 43

HARRY EBERHART

US DISTRICT COURT
BRIDGEPORT CT

v.                                CIVIL CASE NO. 3:02 CV 1848 WWE

FIRST AMERICAN TITLE
INSURANCE COMPANY

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __HARRY S. EBERHART__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):
__JUDGMENT AFFIRMING DECISION OF U.S. BANKRUPTCY COURT__

__IN BANKRUPTCY CASE No. 95-31694__

2. The Judgment /Order in this action was entered on __NOVEMBER 2, 2003__
(date)

_____
Signature

__HARRY S. EBERHART__
Print Name

__100 SANDY LANE__

__MERIDEN, CT. 06450__
Address

Date: __NOVEMBER 12, 2003__     __203-634-1534__
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02