UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
DEC 11 68:41AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

in re Harry Eberhart

VS.

CV. NO. 3:02 cv 1848 (WWE)

USCA NO.

First American Title

## INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL FILE.

DATE: 11-24-03

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.